IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 00-cr-00460-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL RUIZ,

      Defendant.
_____

## MINUTE ORDER
_____

      The following Minute Order is entered by Judge Walker D. Miller:

      A hearing on revocation of supervised release is set **February 4, 2010**, at **2:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St., Courtroom A902. This hearing is scheduled for one-half hour.

Dated:   December 11, 2009

                                                                   s/ Senior Judge Walker D. Miller